# EXHIBIT A

| PLAINTIFF | TITLE | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| Columbia Pictures Industries, Inc. | 2012 | PA0001649916 | 11/12/2009 |
| Columbia Pictures Industries, Inc. | Bad Teacher | PA0001737569 | 6/17/2011 |
| Columbia Pictures Industries, Inc. | Ghostbusters | PA0000216987 | 6/28/1984 |
| Columbia Pictures Industries, Inc. | Green Hornet, The | PA0001714358 | 1/14/2011 |
| Columbia Pictures Industries, Inc. | Year One | PA0001632002 | 6/18/2009 |
| Disney Enterprises, Inc. | Alice in Wonderland (2010) | PA0001675924 | 3/26/2010 |
| Disney Enterprises, Inc. | Cars 2 | PA0001742101 | 7/19/2011 |
| Disney Enterprises, Inc. | Toy Story 3 | PA0001688323 | 7/19/2010 |
| Disney Enterprises, Inc. | Tangled | PA0001713581 | 12/30/2010 |
| Disney Enterprises, Inc. | TRON: Legacy | PA0001713579 | 12/30/2010 |
| Paramount Pictures Corporation | Eagle Eye | PA0001606852 | 9/26/2008 |
| Paramount Pictures Corporation | Footloose | PA0000207390 | 4/17/1984 |
| Paramount Pictures Corporation | Forrest Gump | PA0000726079 | 9/22/1994 |
| Paramount Pictures Corporation | Transformers | PA0001334012 | 7/3/2007 |
| Paramount Pictures Corporation | True Grit | RE0000768966 | 12/23/1997 |
| Twentieth Century Fox Film Corporation | Avatar | PA0001395488 | 4/28/2010 |
| Twentieth Century Fox Film Corporation | Black Swan | PA0001709015 | 12/1/2010 |
| Twentieth Century Fox Film Corporation | Knight & Day | PA0001681723 | 6/17/2010 |
| Twentieth Century Fox Film Corporation | Unstoppable | PA0001705418 | 11/5/2010 |
| Twentieth Century Fox Film Corporation | X-Men: First Class | PA0001734786 | 5/27/2011 |

| PLAINTIFF | TITLE | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| Universal City Studios Productions LLLP | Back to the Future | PA0000266708 | 10/15/1985 |
| Universal City Studios Productions LLLP | Bourne Ultimatum, The | PA0001588567 | 8/9/2007 |
| Universal City Studios Productions LLLP | Fast Five | PA0001739490 | 4/25/2011 |
| Universal City Studios Productions LLLP | Wanted | PA0001601248 | 7/11/2008 |
| Universal City Studios Productions LLLP | Wolfman, The | PA0001690564 | 2/17/2010 |
| Warner Bros. Entertainment Inc. | Contagion | PA0001759891 | 11/30/2011 |
| Warner Bros. Entertainment Inc. | Crazy, Stupid, Love | PA0001759893 | 11/30/2011 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Deathly Hallows Part I | PA0001721904 | 3/4/2011 |
| Warner Bros. Entertainment Inc. | New Year's Eve | PA0001799105 | 8/13/2012 |
| Warner Bros. Entertainment Inc. | Red Riding Hood | PA0001776812 | 3/14/2012 |