```
Court Name: United States District Court
Division: 1
Receipt Number: 14683042844
Cashier ID: rbroaden
Transaction Date: 04/07/2014
Payer Name: JENNER AND BLOCK
------------------------------------------
CIVIL FILING FEE
 For: JENNER AND BLOCK
 Amount:         $400.00
------------------------------------------
CHECK
 Remitter: JENNER AND BLOCK
 Check/Money Order Num: 5367
 Amt Tendered: $400.00
------------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
1:14CV362
```