**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia**

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MEGAUPLOAD LIMITED, VESTOR LIMITED, KIM DOTCOM, MATHIAS ORTMANN, and BRAM VAN DER KOLK,<br><br>*Defendants.* | Case No. 1:14-cv-00362-LO-IDD |

**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Plaintiffs, make the following certification pursuant to Fed. R. Civ. P. 7.1(a)(1) and Local Rule 7.1(A)(1), and in order to enable the court to evaluate possible disqualification or recusal:

1.   Twentieth Century Fox Film Corporation is a wholly owned subsidiary of Fox Entertainment Group, Inc., which in turn is a subsidiary of Twenty-First Century Fox, Inc., a publicly traded company.  No publicly held company owns 10% or more of Twenty-First Century Fox, Inc.

2.   Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly traded company.  ABC, Inc., is an indirect, wholly owned subsidiary of The Walt Disney Company.  No publicly held company owns 10% or more of The Walt Disney Company's stock.

3. Paramount Pictures Corporation is a wholly owned subsidiary of Viacom Inc., a publicly traded company. No publicly held company owns 10% or more of Viacom, Inc.'s stock. National Amusements, Inc., the privately-held, controlling stockholder of Viacom Inc., is also the controlling stockholder of CBS Corporation, a publicly traded company.

4. Universal City Studios Productions LLLP is wholly and indirectly owned by NBCUniversal Media, LLC (formerly known as NBC Universal Media, LLC.). NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, a publicly traded Pennsylvania corporation. Comcast Holdings Corporation is directly owned by Comcast Corporation. No publicly held company owns 10% or more of Comcast Corporation's stock.

5. Columbia Pictures Industries, Inc. is an indirect subsidiary of Sony Pictures Entertainment Inc., which in turn is an indirect subsidiary of Sony Corporation, a publicly traded company. No publicly held company owns 10% or more of Sony Corporation's stock.

6. Warner Bros. Entertainment Inc. is a wholly owned subsidiary of Time Warner Inc., a publicly traded company. No publicly held company owns 10% or more of Time Warner Inc.'s stock.

Dated: April 15, 2014

By: _/s/ Julie M. Carpenter_

JENNER & BLOCK LLP
Julie M. Carpenter
Kenneth L. Doroshow (*pro hac vice pending*)
Scott B. Wilkens (*pro hac vice pending*)
Erica L. Ross (*pro hac vice pending*)
1099 New York Ave., N.W.
Suite 900
Washington, DC 20001
Phone: 202-639-6000
Fax: 202-639-6066

*Attorneys for Plaintiffs*