✎ AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.        DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

| PLAINTIFF | TITLE | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| Columbia Pictures Industries, Inc. | 2012 | PA0001649916 | 11/12/2009 |
| Columbia Pictures Industries, Inc. | Bad Teacher | PA0001737569 | 6/17/2011 |
| Columbia Pictures Industries, Inc. | Ghostbusters | PA0000216987 | 6/28/1984 |
| Columbia Pictures Industries, Inc. | Green Hornet, The | PA0001714358 | 1/14/2011 |
| Columbia Pictures Industries, Inc. | Year One | PA0001632002 | 6/18/2009 |
| Disney Enterprises, Inc. | Alice in Wonderland (2010) | PA0001675924 | 3/26/2010 |
| Disney Enterprises, Inc. | Cars 2 | PA0001742101 | 7/19/2011 |
| Disney Enterprises, Inc. | Toy Story 3 | PA0001688323 | 7/19/2010 |
| Disney Enterprises, Inc. | Tangled | PA0001713581 | 12/30/2010 |
| Disney Enterprises, Inc. | TRON: Legacy | PA0001713579 | 12/30/2010 |
| Paramount Pictures Corporation | Eagle Eye | PA0001606852 | 9/26/2008 |
| Paramount Pictures Corporation | Footloose | PA0000207390 | 4/17/1984 |
| Paramount Pictures Corporation | Forrest Gump | PA0000726079 | 9/22/1994 |
| Paramount Pictures Corporation | Transformers | PA0001334012 | 7/3/2007 |
| Paramount Pictures Corporation | True Grit | RE0000768966 | 12/23/1997 |
| Twentieth Century Fox Film Corporation | Avatar | PA0001395488 | 4/28/2010 |
| Twentieth Century Fox Film Corporation | Black Swan | PA0001709015 | 12/1/2010 |
| Twentieth Century Fox Film Corporation | Knight & Day | PA0001681723 | 6/17/2010 |
| Twentieth Century Fox Film Corporation | Unstoppable | PA0001705418 | 11/5/2010 |
| Twentieth Century Fox Film Corporation | X-Men: First Class | PA0001734786 | 5/27/2011 |

| PLAINTIFF | TITLE | COPYRIGHT REGISTRATION NUMBER | COPYRIGHT REGISTRATION DATE |
|---|---|---|---|
| Universal City Studios Productions LLLP | Back to the Future | PA0000266708 | 10/15/1985 |
| Universal City Studios Productions LLLP | Bourne Ultimatum, The | PA0001588567 | 8/9/2007 |
| Universal City Studios Productions LLLP | Fast Five | PA0001739490 | 4/25/2011 |
| Universal City Studios Productions LLLP | Wanted | PA0001601248 | 7/11/2008 |
| Universal City Studios Productions LLLP | Wolfman, The | PA0001690564 | 2/17/2010 |
| Warner Bros. Entertainment Inc. | Contagion | PA0001759891 | 11/30/2011 |
| Warner Bros. Entertainment Inc. | Crazy, Stupid, Love | PA0001759893 | 11/30/2011 |
| Warner Bros. Entertainment Inc. | Harry Potter and the Deathly Hallows Part I | PA0001721904 | 3/4/2011 |
| Warner Bros. Entertainment Inc. | New Year's Eve | PA0001799105 | 8/13/2012 |
| Warner Bros. Entertainment Inc. | Red Riding Hood | PA0001776812 | 3/14/2012 |