UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MEGAUPLOAD LIMITED, *et al.*, ) <br> ) <br> *Defendants*. ) | No. 1:14cv362 <br> (LO / IDD) |

## NOTICE OF APPEARANCE

**TO THE CLERK AND ALL PARTIES:**

PLEASE NOTE THE APPEARANCE of Craig C. Reilly for Defendant Megaupload Limited.[1]

Dated:  May 5, 2014

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Defendant Megaupload, Ltd.*

---

[1]  This appearance is without waiver of or prejudice to any procedural rights, or procedural or substantive defense Megaupload may seek to assert, including seeking a stay of this action pending the parallel criminal action, *United States v. Kim Dotcom, et al.*, No. 1:12-cr-00003-LO (E.D. Va. filed Jan. 5, 2012), now pending before this court.  *See Xyrous Comm., LLC v. Bulgarian Telecom. Co. AD*, No. 1:09cv396, 2009 U.S. Dist. LEXIS 80620, *27 (E.D. Va. Sept. 4, 2009) (counsel's entry of notice of appearance does not waive any Rule 12 defenses).

Ira P. Rothken (*pro hac vice* pending)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendant Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Julie M. Carpenter
>Kenneth L. Doroshow
>Scott B. Wilkens
>Erica L. Ross
>JENNER & BLOCK LLP
>1099 New York Ave., N.W.
>Suite 900
>Washington, D.C. 20001
>*Counsel for Plaintiffs*

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>*Counsel for Defendant Megaupload, Ltd.*