1099 NEW YORK AVENUE NW  SUITE 900  WASHINGTON, DC  20001-4412

JENNER&BLOCK LLP



May 2, 2014

Scott B. Wilkens
Tel  202 639-6072
Fax 202 661-4832
swilkens@jenner.com

Fernando Galindo
Clerk of the Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan Courthouse
401 Courthouse Street
Alexandria, VA 22314

Re:   Twentieth Century Fox Film Corp. et al. v. Megaupload Limited et al., No. 1:14-CV-00362.

Dear Mr. Galindo:

We represent plaintiffs in the above-captioned matter.  We filed the Complaint in this case on April 7, 2014, and your office issued summonses at that time.  Those summonses have not yet been served.  We are today returning the original summonses and submitting amended summonses for issuance that update the caption to identify all plaintiffs.

Thank you for your assistance with this matter.

Sincerely,

Scott Wilkens /ev

Scott B. Wilkens
Partner