UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MEGAUPLOAD LIMITED, *et al.*, ) <br> ) <br> *Defendants*. ) | No. 1:14cv362 <br> (LO / IDD) |

## **ORDER**

UPON CONSIDERATION of the motion filed by Defendant Megaupload Limited for a stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), and finding good cause, it is hereby

ORDERED that this matter be stayed until August 1, 2014, subject to the parties' rights to seek relief based on a substantive change in circumstances in this civil action or in the related criminal action.

ENTERED this _____ day of _____ 2014.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge