UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al*. ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | No. 1:14cv362 |
| ) | (LO / IDD) |
| MEGAUPLOAD LIMITED, *et al*., ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, June 6, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Megaupload Limited will present oral argument in support of its motion for a stay of this litigation.

Dated: May 10, 2014   Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Defendant Megaupload, Ltd.*

Ira P. Rothken (*pro hac vice* pending)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendant Megaupload, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

        Julie M. Carpenter
        Kenneth L. Doroshow
        Scott B. Wilkens
        Erica L. Ross
        JENNER & BLOCK LLP
        1099 New York Ave., N.W.
        Suite 900
        Washington, D.C. 20001
        *Counsel for Plaintiffs*

        /s/ Craig C. Reilly
        Craig C. Reilly, Esq. (VSB # 20942)
        111 Oronoco Street
        Alexandria, Virginia 22314
        TEL (703) 549-5354
        FAX (703) 549-2604
        craig.reilly@ccreillylaw.com
        *Counsel for Defendant Megaupload, Ltd.*