UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MEGAUPLOAD LIMITED, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | No. 1:14cv362 <br> (LO / IDD) |

**NOTICE OF APPEARANCE**

**TO THE CLERK AND ALL PARTIES:**

    PLEASE NOTE THE APPEARANCE of Craig C. Reilly for Defendant Kim Dotcom.[1]

Dated:  May 22, 2014                        Respectfully submitted,

                                                   /s/ Craig C. Reilly
                                                   Craig C. Reilly, Esq. (VSB # 20942)
                                                   111 Oronoco Street
                                                   Alexandria, Virginia 22314
                                                   TEL (703) 549-5354
                                                   FAX (703) 549-2604
                                                   craig.reilly@ccreillylaw.com
                                                   *Counsel for Defendants Megaupload, Ltd.*
                                                              *And Kim Dotcom*

---

[1]  This appearance is without waiver of or prejudice to any procedural rights, or procedural or substantive defense Kim Dotcom may seek to assert, including seeking a stay of this action pending the parallel criminal action, *United States v. Kim Dotcom, et al*., No. 1:12-cr-00003-LO (E.D. Va. filed Jan. 5, 2012), now pending before this court.  *See Xyrous Comm., LLC v. Bulgarian Telecom. Co. AD*, No. 1:09cv396, 2009 U.S. Dist. LEXIS 80620, *27 (E.D. Va. Sept. 4, 2009) (counsel's entry of notice of appearance does not waive any Rule 12 defenses).

- 2 -

                          Ira P. Rothken (*pro hac vice* pending)
                          Jared R. Smith (*pro hac vice* pending)
                          ROTHKEN LAW FIRM
                          3 Hamilton Landing
                          Suite 280
                          Novato, CA 94949
                          (415) 924-4250
                          (415) 924-2905 (fax)
                          ira@techfirm.net
                          jared@techfirm.net

                          *Counsel for Defendants Megaupload, Ltd.*
                                *And Kim Dotcom*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Julie M. Carpenter
>Kenneth L. Doroshow
>Scott B. Wilkens
>Erica L. Ross
>JENNER & BLOCK LLP
>1099 New York Ave., N.W.
>Suite 900
>Washington, D.C. 20001
>*Counsel for Plaintiffs*

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>*Counsel for Defendants Megaupload, Ltd.*
>    *And Kim Dotcom*