UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MEGAUPLOAD LIMITED, *et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:14cv362<br>(LO / IDD) |

## **ORDER**

UPON CONSIDERATION of the motion filed by Defendant Megaupload Limited for a stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), and finding good cause, it is hereby

ORDERED that this matter be stayed until August 1, 2014, subject to (i) the plaintiffs' right to serve process on any defendant who has not yet been served, (ii) the plaintiffs' right to amend their complaint once as a matter of course under Rule 15(a)(1), and (iii) the parties' rights to seek relief based on a substantive change in circumstances in this civil action or in the related criminal action.

ENTERED this _____ day of _____ 2014.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge