IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MEGAUPLOAD, LTD., *et al.*,<br><br>Defendants. | Civil Action No. 1:14-CV-00362 |

## ORDER

Before the Court is Defendant Megaupload's Motion to Stay Pending a Parallel Criminal Prosecution (Dkt. No. 20). Plaintiffs have filed a response to Defendant's Motion (Dkt. No. 26) and Defendant has responded in support of the Motion (Dkt. No. 30). The Court has reviewed the pleadings, and for good cause appearing, now grants Defendant's Motion. This Matter is stayed until August 1, 2014 due to the pending parallel criminal prosecution, subject to the following conditions requested by Plaintiffs: 1) Plaintiffs may effect service on any other Defendant who has not been served, 2) Plaintiffs may amend their complaint as a matter of course under Rule 15(a)(1), and 3) Plaintiffs may institute and pursue any action in the United States or a foreign jurisdiction to preserve Defendants' assets in the event that such action becomes necessary. The Court finds that each of Plaintiffs' proposed conditions are reasonable under the circumstances of this case because of the possibility that Defendants' assets abroad may become unfrozen. Therefore, it is hereby **ORDERED**:

1. Defendant's Motion to Stay (Dkt. No. 20) is **GRANTED**. The above-captioned matter is

**STAYED** until August 1, 2014. If there is a change in circumstances, either in this action or the related criminal matter, the parties are instructed to notify the Court.

June 10, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge