

FILED

2014 JUL -1 A 11: 44

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TWENTIETH CENTURY FOX FILM
CORPORATION, DISNEY ENTERPRISES, INC.,
PARAMOUNT PICTURES CORPORATION,
UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP,
COLUMBIA PICTURES INDUSTRIES, INC., and
WARNER BROS. ENTERTAINMENT INC.,

    Plaintiffs,

v.

MEGAUPLOAD LIMITED, VESTOR LIMITED,
KIM DOTCOM, MATHIAS ORTMANN,
and BRAM VAN DER KOLK,

    Defendants.

Civil Action No. 1:14CV362
(LO/IDD)

## AFFIDAVIT OF SERVICE

1. My name is Lam Sum Yee, Emily. I am a senior consultant in the Hong Kong office of the Herbert Smith Freehills law firm.

2. Except where otherwise stated, I have personal knowledge of the facts set forth in this Affidavit of Service, and, if called, I could and would testify to these facts under oath.

3. On June 12, 2014, I caused an original Second Alias Summons to Megaupload Limited ("Megaupload"), a defendant in the above-captioned action, a copy of the Complaint, and copies of U.S. counsel's motions for admission *pro hac vice*, as granted by the Court, to be personally delivered to Megaupload Limited at its registered Hong Kong address, Flat/Rm A, 16/F, Tower 2 Sky Tower, 38 Sung Wong Toi Road, Kowloon, Hong Kong, China. However, there was no one at that address to accept service of these documents.

4. On June 12, 2014, I caused an original Second Alias Summons to Megaupload, a copy of the Complaint, and copies of U.S. counsel's motions for admission *pro hac vice*, as granted by the Court, to be served on Megaupload by unregistered post to the same address.

5. On June 12, 2014, I also caused a second original Second Alias Summons to Megaupload, a copy of the Complaint, and copies of U.S. counsel's motions for admission *pro hac vice*, as granted by the Court, to be served on Megaupload by delivery to the same address via DHL, a courier company.

6. Attached hereto as Exhibit A is a copy of a Certificate of Posting of Unregistered Postal Packets, which I received on June 12, 2014 from Hong Kong's official postal service, Hong Kong Post, after serving the Second Alias Summons, Complaint, and *pro hac vice* papers by unregistered post.

7. Attached hereto as Exhibit B is a copy of a receipt provided to me by DHL reflecting shipment of the Second Alias Summons, Complaint, and *pro hac vice* papers to Megaupload's registered address.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Subscribed and sworn to
before me this Wednesday of
June 18, 2014

_____
LAM SUM YEE, EMILY
Holder of Hong Kong Identity Card No. K111226(0)

Notary Public
My commission expires: not limited by time.

Cheung Wood Keung
Notary Public
701 World-Wide House
19 Des Voeux Road Central
Hong Kong

Attestation only
No Advice sought or given

2



# Exhibit A



## Exhibit B

**Domestic Shipment** — PAID — *1 2 7 0 5 1 7 2 9 0* — DHL

**From (Shipper)** Shipper's Account Number: EXCT
Herbert Smith Freehills c/o Emily Lam
23/F Gloucester Tower
15 Queen's Rd, HK
Contact Name: Emily Lam
Phone Number: 58456639

**To (Receiver)**
Megaupload Limited
Flat/RM A 16/F
Tower 2 Sky Tower
38 Sung Wong Toi Road
Contact Name: 

FOR OFFICE USE
Date: 12/6  Time: 16:38
W: 1.5 Kg

Track this shipment via
DHL Web Site: http://www.dhl.com
Customer Service Hotline: (852) 2710 8111

AWB No. 127 051 729 0   Page 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-00362

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Megaupload Limited
was received by me on *(date)* 11 June 2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I sent the Summons to Megaupload Limited's registered office by ordinary post and by courier (DHL) on 12 June 2014. DHL delivered the Summons to Megaupload Limited on 13 June 2014.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 16 June 2014

*Server's signature*

EMILY LAM, SENIOR CONSULTANT, HERBERT SMITH FREEHILLS
*Printed name and title*

23/F, GLOUCESTER TOWER, 15 QUEEN'S ROAD CENTRAL, HONG KONG
*Server's address*

Additional information regarding attempted service, etc: