

FILED

2014 JUL -1  A 11: 44

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiffs, <br><br> v. <br><br> MEGAUPLOAD LIMITED, VESTOR LIMITED, KIM DOTCOM, MATHIAS ORTMANN, and BRAM VAN DER KOLK, <br><br> Defendants. | Civil Action No. 1:14CV362 (LO/IDD) |

**AFFIDAVIT OF SERVICE**

1. My name is Lam Sum Yee, Emily. I am a senior consultant in the Hong Kong office of the Herbert Smith Freehills law firm.

2. Except where otherwise stated, I have personal knowledge of the facts set forth in this Affidavit of Service, and, if called, I could and would testify to these facts under oath.

3. On June 12, 2014, I caused an original Second Alias Summons to Vestor Limited ("Vestor"), a defendant in the above-captioned action, a copy of the Complaint, and copies of U.S. counsel's motions for admission *pro hac vice*, as granted by the Court, to be personally delivered to Vestor at its registered Hong Kong address, Flat/Rm A, 16/F, Tower 2 Sky Tower, 38 Sung Wong Toi Road, Kowloon, Hong Kong, China. However, there was no one at that address to accept service of these documents.

4. On June 12, 2014, I caused an original Second Alias Summons to Vestor, a copy of the Complaint, and copies of U.S. counsel's motions for admission *pro hac vice*, as granted by the Court, to be served on Vestor by unregistered post to the same address.

5. On June 12, 2014, I also caused a second original Second Alias Summons to Vestor, a copy of the Complaint, and copies of U.S. counsel's motions for admission *pro hac vice*, as granted by the Court, to be served on Vestor by delivery to the same address via DHL, a courier company.

6. Attached hereto as Exhibit A is a copy of a Certificate of Posting of Unregistered Postal Packets, which I received on June 12, 2014 from Hong Kong's official postal service, Hong Kong Post, after serving the Second Alias Summons, Complaint, and *pro hac vice* papers by unregistered post.

7. Attached hereto as Exhibit B is a copy of a receipt provided to me by DHL reflecting shipment of the Second Alias Summons, Complaint, and *pro hac vice* papers, to Vestor's registered address.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Subscribed and sworn to
before me this Wednesday of
June 18, 2014

_____
LAM SUM YEE, EMILY
Holder of Hong Kong Identity Card No. K111226(0)

_____
Notary Public
My commission expires: not limited by time.

Cheung Wood Keung
Notary Public
701 World-Wide House
19 Des Voeux Road Central
Hong Kong

**Attestation only**
**No Advice sought or given**



# Exhibit A



3

# Exhibit B

DHL Domestic Shipment — PAID
AWB No. *1 2 7 0 5 1 7 2 6 4*

**From (Shipper)** — Shipper's Account Number: EXCT
HERBERT SMITH FREEHILLS
23rd Floor, Gloucester Tower
15 Queen's Road Central, Hong Kong
Contact Name: Emily Lam
Phone Number: 5845 6639

**To (Receiver)**
Vestor Limited
Flat/RM A, 16/F, Tower 2 Sky Tower
38 Sung Wong Toi Road
Kowloon, Hong Kong

AWB No. 127 051 726 4   Page 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-00362

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* VESTOR LIMITED
was received by me on *(date)* 11 June 2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent the Summons to Vestor Limited's registered office by ordinary post and by courier (DHL) on 12 June 2014. DHL delivered the Summons to Vestor Limited on 13 June 2014.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 16 June 2014

*Server's signature*

EMILY LAM, SENIOR CONSULTANT, HERBERT SMITH FREEHILLS
*Printed name and title*

23/F, GLOUCESTER TOWER, 15 QUEEN'S ROAD CENTRAL, HONG KONG
*Server's address*

Additional information regarding attempted service, etc: