**IN THE DISTRICT COURT**
**AT NORTH SHORE**

### UNDER THE EXTRADITION ACT

### IN THE MATTER OF PROCEEDINGS TO EXTRADITE
### KIM DOTCOM AND OTHERS

### UNITED STATES OF AMERICA
Applicant

v

**KIM DOTCOM**
**BRAM VAN DER KOLK**
**FINN HABIB BATATO**
**MATHIAS ORTMANN**
Respondents

Date:          4 July 2014

Appearances:   Ms C Gordon QC, Mr M Ruffin, Mr F Sinclair and Mr F Biggs for
               the United States of America
               Mr P Davison QC, Mr W Akel, Mr H Steel for Mr Dotcom
               Mr G Foley for Mr Ortman and Mr Van der Kolk
               Mr F Pildith for Mr Batato

---

### MINUTE OF JUDGE N R DAWSON

---

[1]     The parties have appeared in Court today to continue their discussions commenced in a telephone conference on the 3rd July 2014 that had to be shortened due to one counsel being required in another court.

[2]     It is noted that Justice Winkelmann has clarified the orders made by her with respect to the provision by the respondents of encryption codes to allow access to data held by the applicant in electronic form. It is now incumbent upon the parties to arrange for the data to be un-encrypted. It is submitted this will take some weeks.

[3]     Further telephone conference will therefore be held at 8.30am on the 12th September 2014. It is expected that parties will make every effort to access all the

EXHIBIT 1

encrypted data by that date.  This court anticipates being able to make timetabling orders for the Extradition hearing on that date.

[4]     The Extradition hearing date of the 28th July 2014 is vacated.    The Extradition hearing is now set to take place in this Court on the 16th February 2015.


N R Dawson
District Court Judge

EXHIBIT 1