UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TWENTIETH CENTURY FOX FILM CORP., *et al.*

    *Plaintiffs*,

v.

MEGAUPLOAD LIMITED, *et al.*,

    *Defendants*.

No. 1:14cv362
(LO / IDD)

## ORDER

UPON CONSIDERATION of the motion filed by Defendant Megaupload Limited for continuation of the stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), and finding good cause, it is hereby

ORDERED that this matter be stayed until April 1, 2015, subject to the same terms and conditions set forth in the prior stay order (Dkt. No. 31).

ENTERED this 29th day of July, 2014.

Alexandria, Virginia

Liam O'Grady
United States District Judge