UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MEGAUPLOAD LIMITED, *et al.*, )<br>)<br>*Defendants*. )<br>) | No. 1:14cv362<br>(LO / IDD) |

## ORDER

UPON CONSIDERATION of the consent motion filed by Defendant Megaupload Limited for a stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), there being no objection to the stay by Plaintiffs, and finding good cause, it is hereby

ORDERED that this matter be stayed until October 1, 2015, on the same terms and conditions as set forth in the Court's prior stay order (Dkt. No. 43).

ENTERED this /s/ 1st day of April 2015.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia

~~Liam O'Grady~~
United States District Judge