UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

TWENTIETH CENTURY FOX FILM CORP., *et al.* )
)
*Plaintiffs*, )
)
v. ) No. 1:14cv362
) (LO / IDD)
MEGAUPLOAD LIMITED, *et al.*, )
)
*Defendants*. )

### ORDER

UPON CONSIDERATION of the consent motion filed by Defendant Megaupload Limited for a stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), there being no objection to the stay by Plaintiffs, and finding good cause, it is hereby

ORDERED that this matter be stayed until April 1, 2016, on the same terms and conditions as set forth in the Court's prior stay order (Dkt. No. 45). If there is a change in circumstances, either in this action or in the related criminal matter, the parties are instructed to notify the court. In the event of such a change in circumstances, Plaintiffs shall be free to request a termination of the stay and a resumption of these proceedings.

ENTERED this 29th day of Sept 2015.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge