UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> MEGAUPLOAD LIMITED, *et al.*, ) <br> ) <br> *Defendants*. ) | No. 1:14cv362 <br> (LO / IDD) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, April 22, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Megaupload Limited will present oral argument in support of its motion to extend the stay of this litigation.

Dated:  March 31, 2016

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5344
craig.reilly@ccreillylaw.com
*Counsel for Defendant Megaupload, Ltd.*


Ira P. Rothken (*pro hac vice*)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendant Megaupload, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

> Julie M. Carpenter
> Kenneth L. Doroshow
> Scott B. Wilkens
> Erica L. Ross
> JENNER & BLOCK LLP
> 1099 New York Ave., N.W.
> Suite 900
> Washington, D.C. 20001
> *Counsel for Plaintiffs*

>     /s/ Craig C. Reilly
> Craig C. Reilly, Esq. (VSB # 20942)
> 111 Oronoco Street
> Alexandria, Virginia 22314
> TEL (703) 549-5354
> FAX (703) 549-5355
> craig.reilly@ccreillylaw.com
> *Counsel for Defendant Megaupload, Ltd.*