IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MEGAUPLOAD LIMITED, *et al.*, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-362 |

## ORDER

This matter comes before the Court on Defendant Megaupload Limited's Motion to Extend the Stay of this case, which expired on April 1, 2016, because of a parallel criminal action pending in this Court (1:12-cr-3). For the reasons stated by this Court in its previous Orders staying this case, the Court finds good cause to grant the Motion.

It is hereby ORDERED that the Motion to Extend the Stay (Dkt. No. 48) is GRANTED.

It is further ORDERED that this case is stayed until October 21, 2016.

It is further ORDERED that if any party gains knowledge that any potential evidence in this case, including digital evidence currently being held by Cogent Communications, Inc., is being or might be destroyed, it should notify the Court immediately.

April 25, 2016
Alexandria, VA

/s/
Liam O'Grady
United States District Judge