**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al*, <br><br> *Plaintiffs,* <br><br> v. <br><br> MEGAUPLOAD LIMITED, *et al.*, <br><br> *Defendants.* | No. 1:14CV362 <br> (LO / IDD) <br><br> **ECF CASE** |

**PLAINTIFFS' NOTICE OF POTENTIAL LOSS OF EVIDENCE**

In its Order dated April 25, 2016, this Court directed the parties to this case to notify the Court immediately if they, or any one of them, "gains knowledge that any potential evidence in this case, including digital evidence currently being held by Cogent Communications, Inc., is being or might be destroyed …." ECF Dkt. No. 52. Plaintiffs hereby submit this notice to inform the Court that Cogent Communications, Inc. ("Cogent"), by and through its General Counsel, has informed Plaintiffs' counsel that Cogent is now unable to read the data from eight of the sixteen computer hard drives on which the data from Megaupload Limited's "caching" servers resides. According to Cogent, the "drive heads" on those hard drives may now be frozen, which means that Cogent cannot confirm whether the data still remains on those drives without the assistance of a computer forensics expert to analyze and access the drives.

While this development does not necessarily mean that the data has been destroyed, it underscores the risk of substantial prejudice to Plaintiffs from the potential loss of this data and the need for a forensic copy of the data to made to ensure its preservation. Accordingly, Plaintiffs renew their request, as set forth in their Response to Megaupload Limited's Motion for

a Further Extension of the Stay, dated April 14, 2016 (ECF Dkt. No. 50), that they be permitted to subpoena Cogent for the data in its possession or, alternatively, that the Court appoint an independent computer forensics vendor to verify the integrity of the data and to copy and preserve it for the benefit of the parties while this case otherwise remains stayed.

            Respectfully submitted,

Dated: May 12, 2016        By: __/s/ Julie M. Carpenter_____
               JENNER & BLOCK LLP
               Kenneth L. Doroshow (*admitted pro hac vice*)
               Julie M. Carpenter, VA Bar #30421
               Scott B. Wilkens (*admitted pro hac vice*)
               Erica L. Ross (*admitted pro hac vice*)
               1099 New York Ave., N.W.
               Suite 900
               Washington, DC 20001
               Phone: 202-639-6000
               Fax: 202-639-6066

               *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

  I hereby certify that on May 12, 2016, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users, as well as by first-class U.S. mail, postage pre-paid, upon the following:

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St
Alexandria, VA 22314
*Counsel to Megaupload Limited and Kim Dotcom*

Ira Rothken
Rothken Law Firm
3 Hamilton Landing, Suite 280
Novato, CA 94949
*Counsel to Megaupload Limited and Kim Dotcom*

Dated: May 12, 2016         By: __/s/ Julie M. Carpenter_____

                   Julie M. Carpenter, VA Bar #30421
                   JENNER & BLOCK LLP
                   1099 New York Ave., N.W.
                   Suite 900
                   Washington, DC 20001
                   Phone: 202-639-6000
                   Fax: 202-639-6066

                   *Attorneys for Plaintiffs*