# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 14cv362 (LO/IDD) |
| MEGAUPLOAD LIMITED, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Twentieth Century Fox Film Corp., et al.

Date: 05/31/2016

/s/ Michael K. Lowman
*Attorney's signature*

Michael K. Lowman (VSB # 41663)
*Printed name and bar number*

JENNER & BLOCK
Michael K. Lowman
1099 New York Avenue, N.W.
Suite 900
*Address*

mlowman@jenner.com
*E-mail address*

(202) 639-6018
*Telephone number*

(202) 661-4977
*FAX number*