UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., et al, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | No. 1:14CV362 |
| v. ) | (LO/IDD) |
| ) | |
| MEGAUPLOAD LIMITED, et al., ) | ECF CASE |
| ) | |
| *Defendants.* ) | |

### ORDER ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Having reviewed the Motion to Withdraw as counsel filed by Julie M. Carpenter, and for good cause shown, it is hereby ORDERED, that the Motion to Withdraw is GRANTED. It is further ORDERED that the Clerk shall remove Julie M. Carpenter as counsel of record for Plaintiffs.

It is so Ordered,

Entered this 2nd day of June, 2016.

/s/
Ivan D. Davis
United States Magistrate Judge