**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria, Virginia

TWENTIETH CENTURY FOX FILM CORP.,
et al.,

    *Plaintiffs,*

v.

MEGAUPLOAD LIMITED, et al.,

    *Defendants*

**CASE NO. 1:14-CV-362 (LO / IDD)**

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk shall please withdraw the appearance of Michael K. Lowman end enter the appearance of Matthew L. Haws (Virginia Bar No. 48368) as counsel for Plaintiffs in the above captioned matter and request that, as of this filing, copies of all pleadings, motions, and other documents filed in this matter be served upon Mr. Haws.

Dated: February 1, 2019    Respectfully submitted,

By: /s/ Matthew L. Haws

Matthew L. Haws, VA Bar #48368
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6065
Facsimile: (202) 639-6066


/s/ Michael K. Lowman
Michael K. Lowman, VA Bar #41663
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive,
Suite 900
Tysons Corner, VA 22182
Telephone: (703) 847-6300
Facsimile: (703) 847-6312

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2019, a true and correct copy of the foregoing Notice of Substitution of Counsel was served on all counsel of record via the Court's CM/ECF electronic filing system.

Dated: February 1, 2019

/s/ Matthew L. Haws

Matthew L. Haws