**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia**

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORPORATION, DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORPORATION, UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, COLUMBIA PICTURES INDUSTRIES, INC., and WARNER BROS. ENTERTAINMENT INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> MEGAUPLOAD LIMITED, VESTOR LIMITED, KIM DOTCOM, MATHIAS ORTMANN, and BRAM VAN DER KOLK, <br><br> *Defendants*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. 1:14-cv-00362-LO-IDD |

**PLAINTIFFS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiffs makes the following supplemental certification providing updated information for Plaintiff Twentieth Century Fox Film Corporation and Plaintiff Warner Bros. Entertainment Inc. based on changed circumstances:

1.     Twentieth Century Fox Film Corporation is a wholly-owned subsidiary of Fox Entertainment Group LLC.  Fox Entertainment Group LLC is a wholly-owned indirect subsidiary of The Walt Disney Company, a publicly traded company.  No publicly held company owns ten percent or more of The Walt Disney Company's stock.

2.      Plaintiff Warner Bros. Entertainment Inc. is an indirect wholly-owned subsidiary of Warner Media, LLC (the successor in interest to Time Warner Inc.), which is a direct wholly-owned subsidiary of AT&T Inc., a publicly traded corporation.  AT&T Inc. has no parent company and, to the best of Warner Bros. Entertainment Inc.'s knowledge, no publicly held company owns ten percent or more of AT&T Inc.'s stock.

Dated:  May 17, 2019                          By: /s/ Matthew L. Haws

                                              JENNER & BLOCK LLP
                                              Matthew L. Haws
                                              1099 New York Ave., N.W.
                                              Suite 900
                                              Washington, DC 20001
                                              Phone: 202-639-6000
                                              Fax: 202-639-6066

                                              *Attorneys for Plaintiffs*