UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TWENTIETH CENTURY FOX FILM CORP., *et al.* )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>MEGAUPLOAD LIMITED, *et al.*, )<br>)<br>*Defendants*. )<br> | No. 1:14cv362<br>(LO / IDD) |

## ORDER

UPON CONSIDERATION of the consent motion filed by Defendant Megaupload Limited for a stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), and Plaintiffs consenting thereto on certain terms and conditions stated below, and finding good cause, it is hereby

ORDERED that this matter be stayed until April 1, 2020, on the same terms and conditions as set forth in the Court's original stay order (Dkt. No. 31); and it is further

ORDERED that if there is a material change in circumstances, either in this action or in the related criminal matter, the parties are instructed to promptly notify the Court, in which case Plaintiffs may request a termination of the stay and a resumption of these proceedings.

ENTERED this 1st day of October 2019.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge